**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sebastian BARRIENTOS–VELEZ,**
**Defendant–Appellant.**

**No. 08–10569.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 21, 2010.

John Robert Lopez, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gail Gianasi Natale, Phoenix, AZ, for Defendant–Appellant.

Sebastian Barrientos–Velez, Florence, AZ, pro se.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

## MEMORANDUM **

Sebastian Barrientos–Velez appeals from his guilty-plea conviction and 51–month sentence imposed for illegal reentry, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Barrientos–Velez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**